IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 20-22027-CMB |
| | : | Chapter 13 |
| Michael A. Babyak | : | Doc No. ___ |
| Debtor | : | Related to Claim No.: 2 |
| | : | |
| Michael A. Babyak | : | Response Due: July 28th, 2020 |
| Movants | : | Hearing Date: August 5th, 2020 |
| v. | : | at 10:00 AM |
| LVNV Funding, LLC | : | |
| Respondents | : | |

**CERTIFICATION OF NO OBJECTION ON DEBTOR'S MOTION
OBJECTING TO ALLOWANCE OF CLAIM**

The undersigned hereby certifies, as of the date hereof, no Motion, Answer, or other responsive pleading to the application filed on **July 10, 2020** has been received. The undersigned further certifies that the Court's docket in the case has been reviewed and no Motion, Answer, or other responsive pleading appears thereon. Pursuant to the Notice of Hearing, a Motion or Answer to the application were to be filed and served no later than **July 28, 2020.**

It is hereby respectfully requested that the Order to the Motion be entered by the Court.

Executed on: July 29, 2020

          By:   /s/Matthew M. Brennan, Esq.
                Matthew M. Brennan
                201 S. Highland Avenue, Suite 201
                Pittsburgh, PA 15206
                PA ID No. 90195
                412-414-9366
                attorneymatthewbrennan@gmail.com