IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Bankruptcy No. 20-22027-CMB |
| | Chapter 13 |
| Michael A. Babyak | |
| Debtor | Related to: Document No. 20 |
| Michael A. Babyak | **ENTERED BY DEFAULT** |
| Movants | |
| v. | |
| LVNV Funding, LLC | |
| Respondents | |

### ORDER ON DEBTOR'S OBJECTION TO ALLOWANCE OF CLAIM

AND NOW, this ___30th___ day of ___July___, 20_20_, upon consideration of the within Motion, it is hereby **ORDERED, ADJUDGED, AND DECREED** that the claim of LVNV Funding, LLC, docketed at claim number 2 on the claims register be disallowed in its entirety, and such other relief as is just.

**IT IS FURTHER ORDERED** that the Chapter 13 Trustee shall make no distribution in connection with the disallowed claim of LVNV Funding, LLC at claim number 2 on the claims register.

By the Court:

_Carlota M. Böhm_   glb
Carlota M. Böhm
Chief United States Bankruptcy Judge

FILED
7/30/20 9:00 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 20-22027-CMB
Michael A. Babyak                                                               Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2            User: gamr            Page 1 of 1            Date Rcvd: Jul 30, 2020
                                Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2020.
db             +Michael A. Babyak,    3107 Squires Manor Lane,    South Park, PA 15129-8424

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2020                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 30, 2020 at the address(es) listed below:
     James Warmbrodt    on behalf of Creditor    U.S. Bank NA, successor trustee to Bank of America, NA, sucessor in interest to LaSalle Bank National Association, on behalf of the registered holders of Bear Stearns Asset Backed Securities I Trust 2 bkgroup@kmllawgroup.com
     Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com
     Matthew M. Brennan    on behalf of Debtor Michael A. Babyak attorneymatthewbrennan@gmail.com
     Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
     Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
     S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
     TOTAL: 6