### UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Michael A. Babyak<br>                    Debtor(s) | |
| U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank National Association, on behalf of the registered holders of Bear Stearns Asset Backed Securities I Trust 2005-HE5, Asset-Backed Certificates, Series 2005-HE5<br>                              Movant<br>               v.<br>Michael A. Babyak                    Respondent<br>               and<br>Michelle L. Babyak<br>Ronda J. Winnecour        Additional Respondents | BK. NO. 20-22027 CMB<br><br>CHAPTER 13<br><br>11 U.S.C. Sections 362 and 1301<br><br>Related to: Document No. 31<br><br>**ENTERED BY DEFAULT** |

### ORDER MODIFYING SECTIONS 362 AND 1301 AUTOMATIC STAY

     AND NOW, this    **14th**    day of  **September**  , 2020, at Pittsburgh, upon Motion of U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank National Association, on behalf of the registered holders of Bear Stearns Asset Backed Securities I Trust 2005-HE5, Asset-Backed Certificates, Series 2005-HE5, it is

     **ORDERED THAT:** The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Sections 362 and 1301 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362 and 1301, is modified with respect to the subject premises located at 451 Charlotte Drive, Pittsburgh, PA 15236 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure.  Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

Carlota M. Böhm
Chief United States Bankruptcy Judge

FILED
9/14/20 7:19 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Michael A. Babyak
3107 Squires Manor Lane
South Park, PA 15129

Michelle L. Babyak
451 Charlotte Drive
Pittsburgh, PA 15236

Matthew M. Brennan
Law Office of Matthew M. Brennan, Esq.
201 S. Highland Ave., Suite 201
Pittsburgh, PA 15206
attorneymatthewbrennan@gmail.com

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106