# Notice Recipients

District/Off: 0315−2  User: gamr  Date Created: 9/14/2020
Case: 20−22027−CMB  Form ID: pdf900  Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Michael A. Babyak    3107 Squires Manor Lane    South Park, PA 15129

TOTAL: 1