**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>  MICHAEL A. BABYAK<br><br>           Debtor(s)<br>Ronda J. Winnecour, Trustee<br>  Movant<br>        vs.<br>  MICHAEL A. BABYAK<br><br>           Respondents | Case No. 20-22027CMB<br><br>Chapter 13<br><br>Related to: Document No. 50 |

**ORDER TO STOP PAYROLL DEDUCTIONS**

AND NOW, this  10th  day of  June , 20 25, it is hereby ORDERED, ADJUDGED, and DECREED that,

Sturman And Larkin Ford
Attn Payroll Manager
900 Regis Ave
Pittsburgh, PA 15236

is hereby ordered to immediately terminate the attachment of the wages of MICHAEL A. BABYAK, social security number XXX-XX-8888. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of MICHAEL A. BABYAK.

cc: Debtor(s)
    Debtor(s) Attorney

BY THE COURT:

_Carlota M. Böhm_  glb
Carlota M. Böhm
United States Bankruptcy Judge

SIGNED
6/10/25 12:27 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Michael A. Babyak  
    Debtor

Case No. 20-22027-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 2  
Date Rcvd: Jun 10, 2025      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael A. Babyak, 3107 Squires Manor Lane, South Park, PA 15129-8424 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).  
NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**  
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 10, 2025 at the address(es) listed below:**

**Name**      **Email Address**

Denise Carlon  
     on behalf of Creditor U.S. Bank NA  successor trustee to Bank of America, NA, sucessor in interest to LaSalle Bank National Association, on behalf of the registered holders of Bear Stearns Asset Backed Securities I Trust 2 dcarlon@kmllawgroup.com

Keri P. Ebeck  
     on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  
     btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Matthew M. Brennan  
     on behalf of Debtor Michael A. Babyak attorneymatthewbrennan@gmail.com

Office of the United States Trustee  
     ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour  
     cmecf@chapter13trusteewdpa.com

S. James Wallace

District/off: 0315-2 User: auto Page 2 of 2
Date Rcvd: Jun 10, 2025 Form ID: pdf900 Total Noticed: 1

on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com

TOTAL: 6