**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> MICHAEL A. BABYAK <br><br> Debtor(s) <br><br> Ronda J. Winnecour <br> Chapter 13 Trustee, <br>       Movant <br>       vs. <br> No Respondents. | Case No.:20-22027 <br><br> Chapter 13 <br><br> Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

June 25, 2025

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 07/03/2020 and confirmed on 8/20/20. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 88,910.81 |
| Less Refunds to Debtor | 3,258.05 | |
| TOTAL AMOUNT OF PLAN FUND | | 85,652.76 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,000.00 | |
|    Trustee Fee | 4,495.63 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,495.63 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   US BANK NA - SUCCESSOR TRUSTEE O/ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9933 | | | | |
|   US BANK NA - SUCCESSOR TRUSTEE O/ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9933 | | | | |
|   CENTURY HERITAGE FCU* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2222 | | | | |
|   FORD MOTOR CREDIT CO LLC(*) | 30,155.09 | 30,155.09 | 3,679.09 | 33,834.18 |
|     Acct: 0301 | | | | |
|   MARINER FINANCE LLC | 9,800.00 | 9,800.00 | 844.02 | 10,644.02 |
|     Acct: 9018 | | | | |
| | | | | 44,478.20 |
| **Priority** | | | | |
|   MATTHEW M BRENNAN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MICHAEL A. BABYAK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MICHAEL A. BABYAK | 3,258.05 | 3,258.05 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MATTHEW M BRENNAN ESQ | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   FORD MOTOR CREDIT CO LLC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9956 | | | | |
|   INTERNAL REVENUE SERVICE* | 2,399.26 | 2,399.26 | 0.00 | 2,399.26 |
|     Acct: 8888 | | | | |
| | | | | 2,399.26 |
| **Unsecured** | | | | |
|   AFFIRM | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: QXKV | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC | 3,212.57 | 3,212.57 | 0.00 | 3,212.57 |
|     Acct: 7943 | | | | |
|   LVNV FUNDING LLC | 3,007.87 | 3,007.87 | 0.00 | 3,007.87 |
|     Acct: 4987 | | | | |
|   QUANTUM3 GROUP LLC - AGENT COMEN | 394.90 | 394.90 | 0.00 | 394.90 |

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 1501 | | | | |
| LVNV FUNDING LLC | 1,449.97 | 1,449.97 | 0.00 | 1,449.97 |
| Acct: 4355 | | | | |
| LVNV FUNDING LLC | 495.38 | 495.38 | 0.00 | 495.38 |
| Acct: 1336 | | | | |
| DEPARTMENT STORES NATIONAL BANK | 849.71 | 849.71 | 0.00 | 849.71 |
| Acct: 9967 | | | | |
| DISCOVER BANK(*) | 1,144.12 | 1,144.12 | 0.00 | 1,144.12 |
| Acct: 5138 | | | | |
| QUANTUM3 GROUP LLC - AGENT FOR SA | 2,598.14 | 2,598.14 | 0.00 | 2,598.14 |
| Acct: 9115 | | | | |
| GENESIS BANKCARD SVCS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7715 | | | | |
| CAPITAL ONE NA** | 2,262.14 | 2,262.14 | 0.00 | 2,262.14 |
| Acct: 3441 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC | 3,857.18 | 3,857.18 | 0.00 | 3,857.18 |
| Acct: 3932 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LL | 2,263.38 | 2,263.38 | 0.00 | 2,263.38 |
| Acct: 4345 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LL | 2,208.30 | 2,208.30 | 0.00 | 2,208.30 |
| Acct: 4174 | | | | |
| TNB VISA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8134 | | | | |
| UPMC HEALTH SERVICES | 2,191.91 | 2,191.91 | 0.00 | 2,191.91 |
| Acct: 8888 | | | | |
| LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1766 | | | | |
| INTERNAL REVENUE SERVICE* | 38.59 | 38.59 | 0.00 | 38.59 |
| Acct: 8888 | | | | |
| CENTURY HERITAGE FCU* | 3,812.22 | 3,812.22 | 0.00 | 3,812.22 |
| Acct: 2222 | | | | |
| UPMC PHYSICIAN SERVICES | 1,390.65 | 1,390.65 | 0.00 | 1,390.65 |
| Acct: 8888 | | | | |
| DUQUESNE LIGHT COMPANY(*) | 102.64 | 102.64 | 0.00 | 102.64 |
| Acct: 6669 | | | | |
| MICHELLE DURHAM | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| TAYLOR BABYAK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 31,279.67 |

TOTAL PAID TO CREDITORS                                                                78,157.13

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 2,399.26 |
| SECURED | 39,955.09 |
| UNSECURED | 31,279.67 |

Date: 06/25/2025

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
MICHAEL A. BABYAK

    Debtor(s)

Ronda J. Winnecour
    Movant
vs.
No Repondents.

Case No.:20-22027

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Michael A. Babyak  
    Debtor

Case No. 20-22027-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3  
Date Rcvd: Jun 27, 2025      Form ID: pdf900      Total Noticed: 42

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael A. Babyak, 3107 Squires Manor Lane, South Park, PA 15129-8424 |
| 15262240 | + | Michelle Durham, 3979 Perry Highway, Slippery Rock, PA 16057-7011 |
| 15262246 | + | Taylor Babyak, 4009 Squires Manor Lane, South Park, PA 15129-8426 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 28 2025 01:05:05 | Ford Motor Credit Company, LLC, c/o AIS Portfolio, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jun 28 2025 00:29:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | | Email/Text: bnc-quantum@quantum3group.com | Jun 28 2025 00:30:00 | Quantum3 Group LLC, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15262225 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jun 28 2025 00:31:39 | Affirm, Inc., Attn: Bankruptcy, Po Box 720, San Francisco, CA 94104-0720 |
| 15262226 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 28 2025 00:31:44 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15277768 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 28 2025 01:04:49 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15276223 | | Email/PDF: bncnotices@becket-lee.com | Jun 28 2025 01:04:57 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15262227 | + | Email/Text: rmelani@chfcu.org | Jun 28 2025 00:30:00 | Century Heritage F C U, Attn:Bankruptcy, 9 S 2nd St, Duquesne, PA 15110-1147 |
| 15267624 | + | Email/Text: rmelani@chfcu.org | Jun 28 2025 00:30:00 | Century Heritage Federal credit Union, 700 Regis Avenue, Pittsburgh, PA 15236-1425 |
| 15262228 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 28 2025 00:42:57 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15262229 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 28 2025 00:30:00 | Comenity Capital/Gamestop, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 15262230 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 28 2025 01:05:05 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15262231 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 28 2025 00:31:39 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 15262232 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 28 2025 01:21:37 | Department Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH |

Case 20-22027-CMB    Doc 56    Filed 06/29/25    Entered 06/30/25 00:31:14    Desc Imaged
Certificate of Notice    Page 7 of 8

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 27, 2025 | Form ID: pdf900 | Total Noticed: 42 |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| 15279763 | | Email/Text: bnc-quantum@quantum3group.com | Jun 28 2025 00:30:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 15265922 | | Email/Text: mrdiscen@discover.com | Jun 28 2025 00:29:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany Ohio 43054-3025 |
| 15262233 | + | Email/Text: mrdiscen@discover.com | Jun 28 2025 00:29:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15285632 | + | Email/Text: kburkley@bernsteinlaw.com | Jun 28 2025 00:30:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15262235 | | Email/Text: EBNBKNOT@ford.com | Jun 28 2025 00:30:00 | Ford Motor Credit, National Bankruptcy Service Center, Po Box 62180, Colorado Springs, CO 80962 |
| 15263700 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 28 2025 00:32:09 | Ford Motor Credit Company LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15262236 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jun 28 2025 00:30:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 15262237 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 28 2025 00:29:00 | Internal Revenue Service, Insolvency Remittance, PO Box 7317, Philadelphia, PA 19101-7317 |
| 15262234 | | Email/Text: bnc-bluestem@quantum3group.com | Jun 28 2025 00:30:00 | Fingerhut, Attn: Bankruptcy, Po Box 1250, Saint Cloud, MN 56395 |
| 15262238 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 28 2025 00:32:27 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15264285 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 28 2025 01:04:49 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15262239 | + | Email/Text: bankruptcy@marinerfinance.com | Jun 28 2025 00:29:00 | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 15287784 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 28 2025 00:32:10 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15315589 | | Email/Text: bnc-quantum@quantum3group.com | Jun 28 2025 00:30:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15287376 | | Email/Text: bnc-quantum@quantum3group.com | Jun 28 2025 00:30:00 | Quantum3 Group LLC as agent for, Bluestem and SCUSA, PO Box 788, Kirkland, WA 98083-0788 |
| 15284909 | | Email/Text: bnc-quantum@quantum3group.com | Jun 28 2025 00:30:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15262241 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 28 2025 00:30:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 15262242 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 28 2025 00:32:27 | Syncb/walmart, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15262243 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 28 2025 01:04:57 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po B 965064, Orkando, FL 32896-5064 |
| 15262244 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 28 2025 00:31:31 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15262245 | + | Email/Text: bncmail@w-legal.com | Jun 28 2025 00:29:00 | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 15271410 | ^ | MEBN | Jun 28 2025 00:20:26 | U.S. Bank NA, et al, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 15262247 | ^ | MEBN | Jun 28 2025 00:19:40 | UPMC Health Services, PO Box 371472, |

| | | | | |
|---|---|---|---|---|
| 15276306 | Email/Text: BNCnotices@dcmservices.com | Jun 28 2025 00:29:00 | Pittsburgh, PA 15250-7472 UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 | |
| 15276309 | Email/Text: BNCnotices@dcmservices.com | Jun 28 2025 00:29:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 | |

TOTAL: 39

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. Bank NA, successor trustee to Bank of America |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | Ford Motor Credit Company, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2025              Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor U.S. Bank NA  successor trustee to Bank of America, NA, sucessor in interest to LaSalle Bank National Association, on behalf of the registered holders of Bear Stearns Asset Backed Securities I Trust 2 dcarlon@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Matthew M. Brennan | on behalf of Debtor Michael A. Babyak attorneymatthewbrennan@gmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com |

TOTAL: 6