**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>MICHAEL A. BABYAK<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Case No.:20-22027 CMB<br><br>Document No.: |

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 07/03/2020 and confirmed on 08/20/2020 . The case was subsequently (K)COMPLETED FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 89,605.43 |
| Less Refunds to Debtor | 3,952.67 | |
| TOTAL AMOUNT OF PLAN FUND | | 85,652.76 |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 3,000.00 | |
| Trustee Fee | 4,495.63 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,495.63 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| US BANK NA - SUCCESSOR TRUSTEE O/E | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9933 | | | | |
| US BANK NA - SUCCESSOR TRUSTEE O/E | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9933 | | | | |
| CENTURY HERITAGE FCU* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2222 | | | | |
| FORD MOTOR CREDIT CO LLC(*) | 30,155.09 | 30,155.09 | 3,679.09 | 33,834.18 |
| Acct: 0301 | | | | |
| MARINER FINANCE LLC | 9,800.00 | 9,800.00 | 844.02 | 10,644.02 |
| Acct: 9018 | | | | |
| | | | | 44,478.20 |
| Priority | | | | |
| MATTHEW M BRENNAN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MICHAEL A. BABYAK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MICHAEL A. BABYAK | 3,258.05 | 3,258.05 | 0.00 | 0.00 |
| Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| MICHAEL A. BABYAK | 694.62 | 694.62 | 0.00 | 0.00 |
| Acct: | | | | |
| MATTHEW M BRENNAN ESQ | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
| Acct: | | | | |
| FORD MOTOR CREDIT CO LLC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9956 | | | | |
| INTERNAL REVENUE SERVICE* | 2,399.26 | 2,399.26 | 0.00 | 2,399.26 |
| Acct: 8888 | | | | |
| | | | | 2,399.26 |
| **Unsecured** | | | | |
| AFFIRM | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: QXKV | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC, | 3,212.57 | 3,212.57 | 0.00 | 3,212.57 |
| Acct: 7943 | | | | |
| LVNV FUNDING LLC | 3,007.87 | 3,007.87 | 0.00 | 3,007.87 |
| Acct: 4987 | | | | |
| QUANTUM3 GROUP LLC - AGENT COMEN | 394.90 | 394.90 | 0.00 | 394.90 |
| Acct: 1501 | | | | |
| LVNV FUNDING LLC | 1,449.97 | 1,449.97 | 0.00 | 1,449.97 |
| Acct: 4355 | | | | |
| LVNV FUNDING LLC | 495.38 | 495.38 | 0.00 | 495.38 |
| Acct: 1336 | | | | |
| DEPARTMENT STORES NATIONAL BANK | 849.71 | 849.71 | 0.00 | 849.71 |
| Acct: 9967 | | | | |
| DISCOVER BANK(*) | 1,144.12 | 1,144.12 | 0.00 | 1,144.12 |
| Acct: 5138 | | | | |
| QUANTUM3 GROUP LLC - AGENT FOR SA | 2,598.14 | 2,598.14 | 0.00 | 2,598.14 |
| Acct: 9115 | | | | |
| GENESIS BANKCARD SVCS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7715 | | | | |
| CAPITAL ONE NA** | 2,262.14 | 2,262.14 | 0.00 | 2,262.14 |
| Acct: 3441 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC, | 3,857.18 | 3,857.18 | 0.00 | 3,857.18 |
| Acct: 3932 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LL( | 2,263.38 | 2,263.38 | 0.00 | 2,263.38 |
| Acct: 4345 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LL( | 2,208.30 | 2,208.30 | 0.00 | 2,208.30 |
| Acct: 4174 | | | | |
| TNB VISA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8134 | | | | |
| UPMC HEALTH SERVICES | 2,191.91 | 2,191.91 | 0.00 | 2,191.91 |
| Acct: 8888 | | | | |
| LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1766 | | | | |
| INTERNAL REVENUE SERVICE* | 38.59 | 38.59 | 0.00 | 38.59 |
| Acct: 8888 | | | | |
| CENTURY HERITAGE FCU* | 3,812.22 | 3,812.22 | 0.00 | 3,812.22 |
| Acct: 2222 | | | | |
| UPMC PHYSICIAN SERVICES | 1,390.65 | 1,390.65 | 0.00 | 1,390.65 |
| Acct: 8888 | | | | |
| DUQUESNE LIGHT COMPANY(*) | 102.64 | 102.64 | 0.00 | 102.64 |
| Acct: 6669 | | | | |
| MICHELLE DURHAM | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| TAYLOR BABYAK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
|   KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | | | 31,279.67 |

| TOTAL PAID TO CREDITORS | | | | 78,157.13 |

TOTAL CLAIMED
PRIORITY              2,399.26
SECURED              39,955.09
UNSECURED            31.279.67

Date: 08/06/2025

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com