IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
MICHAEL A. BABYAK

    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:20-22027

Chapter 13

Document No.: 53

**ENTERED BY DEFAULT**

ORDER OF COURT

AND NOW, this __29th__ day of __August__, 20__25__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
8/29/25 9:15 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_Carlota M. Böhm_
U.S. BANKRUPTCY JUDGE    dmr

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 20-22027-CMB
Michael A. Babyak  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3
Date Rcvd: Aug 29, 2025      Form ID: pdf900      Total Noticed: 42

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael A. Babyak, 3107 Squires Manor Lane, South Park, PA 15129-8424 |
| 15262240 | + | Michelle Durham, 3979 Perry Highway, Slippery Rock, PA 16057-7011 |
| 15262246 | + | Taylor Babyak, 4009 Squires Manor Lane, South Park, PA 15129-8426 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 30 2025 00:34:26 | Ford Motor Credit Company, LLC, c/o AIS Portfolio, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Aug 30 2025 00:31:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | | Email/Text: bnc-quantum@quantum3group.com | Aug 30 2025 00:31:00 | Quantum3 Group LLC, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15262225 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Aug 30 2025 00:46:59 | Affirm, Inc., Attn: Bankruptcy, Po Box 720, San Francisco, CA 94104-0720 |
| 15262226 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 30 2025 00:47:32 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15277768 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 30 2025 00:35:16 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15276223 | | Email/PDF: bncnotices@becket-lee.com | Aug 30 2025 00:34:34 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15262227 | + | Email/Text: rmelani@chfcu.org | Aug 30 2025 00:31:00 | Century Heritage F C U, Attn:Bankruptcy, 9 S 2nd St, Duquesne, PA 15110-1147 |
| 15267624 | + | Email/Text: rmelani@chfcu.org | Aug 30 2025 00:31:00 | Century Heritage Federal credit Union, 700 Regis Avenue, Pittsburgh, PA 15236-1425 |
| 15262228 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 30 2025 00:47:18 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15262229 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 30 2025 00:31:00 | Comenity Capital/Gamestop, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 15262230 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 30 2025 00:34:26 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15262231 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 30 2025 00:35:33 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 15262232 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 30 2025 00:35:21 | Department Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH |

| Recip ID | Notice Type | Date/Time | Recipient |
|---|---|---|---|
| 15279763 | Email/Text: bnc-quantum@quantum3group.com | Aug 30 2025 00:31:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 15265922 | Email/Text: mrdiscen@discover.com | Aug 30 2025 00:30:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany Ohio 43054-3025 |
| 15262233 | + Email/Text: mrdiscen@discover.com | Aug 30 2025 00:30:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15285632 | + Email/Text: kburkley@bernsteinlaw.com | Aug 30 2025 00:32:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15262235 | Email/Text: EBNBKNOT@ford.com | Aug 30 2025 00:32:00 | Ford Motor Credit, National Bankruptcy Service Center, Po Box 62180, Colorado Springs, CO 80962 |
| 15263700 | + Email/PDF: acg.acg.ebn@aisinfo.com | Aug 30 2025 00:35:16 | Ford Motor Credit Company LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15262236 | + Email/Text: GenesisFS@ebn.phinsolutions.com | Aug 30 2025 00:32:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 15262237 | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 30 2025 00:31:00 | Internal Revenue Service, Insolvency Remittance, PO Box 7317, Philadelphia, PA 19101-7317 |
| 15262234 | Email/Text: bnc-bluestem@quantum3group.com | Aug 30 2025 00:32:00 | Fingerhut, Attn: Bankruptcy, Po Box 1250, Saint Cloud, MN 56395 |
| 15262238 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 30 2025 01:00:50 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15264285 | Email/PDF: resurgentbknotifications@resurgent.com | Aug 30 2025 00:34:31 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15262239 | + Email/Text: bankruptcy@marinerfinance.com | Aug 30 2025 00:31:00 | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 15287784 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 30 2025 00:34:29 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15315589 | Email/Text: bnc-quantum@quantum3group.com | Aug 30 2025 00:31:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15287376 | Email/Text: bnc-quantum@quantum3group.com | Aug 30 2025 00:31:00 | Quantum3 Group LLC as agent for, Bluestem and SCUSA, PO Box 788, Kirkland, WA 98083-0788 |
| 15284909 | Email/Text: bnc-quantum@quantum3group.com | Aug 30 2025 00:31:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15262241 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 30 2025 00:32:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 15262242 | + Email/PDF: ais.sync.ebn@aisinfo.com | Aug 30 2025 00:34:23 | Syncb/walmart, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15262243 | + Email/PDF: ais.sync.ebn@aisinfo.com | Aug 30 2025 01:00:49 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po B 965064, Orkando, FL 32896-5064 |
| 15262244 | + Email/PDF: ais.sync.ebn@aisinfo.com | Aug 30 2025 00:46:34 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15262245 | + Email/Text: bncmail@w-legal.com | Aug 30 2025 00:31:00 | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 15271410 | ^ MEBN | Aug 30 2025 00:15:58 | U.S. Bank NA, et al, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 15262247 | ^ MEBN | Aug 30 2025 00:15:50 | UPMC Health Services, PO Box 371472, |

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 29, 2025 | Form ID: pdf900 | Total Noticed: 42 |

| Recip ID | Bypass | Notice Method | Date | Name and Address |
|---|---|---|---|---|
| | | | | Pittsburgh, PA 15250-7472 |
| 15276306 | | Email/Text: BNCnotices@dcmservices.com | Aug 30 2025 00:31:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15276309 | | Email/Text: BNCnotices@dcmservices.com | Aug 30 2025 00:31:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 39

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. Bank NA, successor trustee to Bank of America |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | Ford Motor Credit Company, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2025                     Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor U.S. Bank NA successor trustee to Bank of America, NA, sucessor in interest to LaSalle Bank National Association, on behalf of the registered holders of Bear Stearns Asset Backed Securities I Trust 2 dcarlon@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Matthew M. Brennan | on behalf of Debtor Michael A. Babyak attorneymatthewbrennan@gmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com |

TOTAL: 6